Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−10907−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kimberly A. Malmgren
  22 Wolf Hill Ave.
  Oceanport, NJ 07757

Social Security No.:
  xxx−xx−5909

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 28, 2021.

Dated: June 28, 2021
JAN: wir

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kimberly A. Malmgren  
    Debtor

Case No. 21-10907-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jun 28, 2021     Form ID: plncf13     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Malmgren, 22 Wolf Hill Ave., Oceanport, NJ 07757-1039 |
| 519156712 | + | Community Loan Servicing, LLC fka Bayview Loan Ser, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 519105357 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 519105358 | + | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519105359 | #+ | KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 519105362 | | PNC Bank, 249 Fifth Ave., One PNC Plaza, PIttsburg, PA 15222 |
| 519105360 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519105356 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 28 2021 20:34:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 519105361 | | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 28 2021 20:34:00 | Community Loan Servicing, LLC, P.O. Box 740410, Cincinnati, OH 45274-0410 |
| 519112247 | | Email/Text: mrdiscen@discover.com | Jun 28 2021 20:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519128045 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 20:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519153822 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 20:36:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519106111 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 20:36:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 28, 2021 | Form ID: plncf13 | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Kimberly A. Malmgren imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Phillip Andrew Raymond | on behalf of Creditor COMMUNITY LOAN SERVICING LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5