| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-10907 / MBK**

Kimberly A. Malmgren

Petition Filed Date: 01/31/2021
341 Hearing Date: 02/25/2021
Confirmation Date: 06/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2021 | $1,330.00 | 74505180 | 03/03/2021 | $1,330.00 | 74967150 | 03/31/2021 | $1,330.00 | 75618310 |
| 04/30/2021 | $1,330.00 | 76346950 | 06/01/2021 | $1,330.00 | 77063160 | 06/30/2021 | $1,490.00 | 77751180 |
| 07/30/2021 | $1,490.00 | 78429650 | 09/02/2021 | $1,490.00 | 79182840 | 10/01/2021 | $1,490.00 | 79806770 |
| 10/28/2021 | $1,490.00 | 80423950 | 11/29/2021 | $1,490.00 | 81103160 | 12/30/2021 | $1,490.00 | 81765430 |
| 01/31/2022 | $1,490.00 | 82415540 | | | | | | |

**Total Receipts for the Period: $18,570.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kimberly A. Malmgren | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JONATHAN GOLDSMITH-COHEN, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,706.27 | $0.00 | $7,706.27 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»»  WEBBANK/DELL /DC-010235-14 | Unsecured Creditors | $2,286.36 | $0.00 | $2,286.36 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $707.74 | $0.00 | $707.74 |
| 4 | COMMUNITY LOAN SERVICING LLC<br>»»  P/22 WOLFHILL AVE/1ST MTG | Mortgage Arrears | $68,914.16 | $15,823.56 | $53,090.60 |

**Chapter 13 Case No. 21-10907 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,570.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $15,823.56 | Current Monthly Payment: | $1,490.00 |
| Paid to Trustee: | $1,381.60 | Arrearages: | $0.00 |
| Funds on Hand: | $1,364.84 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

