| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-10907 / MBK**

Kimberly A. Malmgren

Petition Filed Date: 01/31/2021
341 Hearing Date: 02/25/2021
Confirmation Date: 06/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2022 | $1,490.00 | 82415540 | 02/28/2022 | $1,490.00 | 83023250 | 03/31/2022 | $1,490.00 | 83714450 |
| 04/29/2022 | $1,490.00 | 84303150 | 05/31/2022 | $1,490.00 | 84942560 | 07/01/2022 | $1,490.00 | 85591690 |
| 08/02/2022 | $1,490.00 | 86163670 | 09/01/2022 | $1,490.00 | 86811390 | 09/30/2022 | $1,490.00 | 87351680 |
| 10/31/2022 | $1,490.00 | 87984320 | 12/01/2022 | $1,490.00 | 88565040 | 01/04/2023 | $1,490.00 | 89113050 |
| 02/01/2023 | $1,490.00 | 89717800 | 03/01/2023 | $1,490.00 | 90243770 | | | |

**Total Receipts for the Period:  $20,860.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $37,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kimberly A. Malmgren | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith-Cohen, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,706.27 | $0.00 | $7,706.27 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»»  WEBBANK/DELL /DC-010235-14 | Unsecured Creditors | $2,286.36 | $0.00 | $2,286.36 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $707.74 | $0.00 | $707.74 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»»  P/22 WOLFHILL AVE/1ST MTG/COMM LOAN | Mortgage Arrears | $68,914.16 | $33,638.00 | $35,276.16 |

**Chapter 13 Case No. 21-10907 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,940.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $33,638.00 | Current Monthly Payment: | $1,490.00 |
| Paid to Trustee: | $2,919.28 | Arrearages: | $0.00 |
| Funds on Hand: | $1,382.72 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

