UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                    CASE NO.: 21-10907
**CHAPTER 13**

**Kimberly A. Malmgren,**
    Debtor.

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                               Authorized Agent for Secured Creditor
                                                               130 Clinton Rd #202
                                                               Fairfield, NJ 07004
                                                               Telephone: 470-321-7112

                                                               By: /s/Aleisha C. Jennings
                                                                  Aleisha C. Jennings
                                                                  Email: ajennings@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KIMBERLY A. MALMGREN
22 WOLF HILL AVE.
OCEANPORT, NJ 07757

And via electronic mail to:

I. MARK COHEN LAW GROUP
1 EXECUTIVE DRIVE SUITE 6
TINTON FALLS, NJ 07701

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr