| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-10907 / MBK**

Kimberly A. Malmgren

Petition Filed Date: 01/31/2021
341 Hearing Date: 02/25/2021
Confirmation Date: 06/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,490.00 | 89113050 | 02/01/2023 | $1,490.00 | 89717800 | 03/01/2023 | $1,490.00 | 90243770 |
| 04/03/2023 | $1,490.00 | 90865130 | 05/01/2023 | $1,490.00 | 91379330 | 05/30/2023 | $1,490.00 | 91918580 |
| 07/03/2023 | $1,490.00 | 92509780 | 07/31/2023 | $1,490.00 | 93011180 | 08/30/2023 | $1,490.00 | 93515240 |
| 09/28/2023 | $1,490.00 | 94016240 | 11/02/2023 | $1,490.00 | 94609590 | 12/01/2023 | $1,490.00 | 95099520 |
| 01/02/2024 | $1,490.00 | 95563000 | | | | | | |

**Total Receipts for the Period: $19,370.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $52,840.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kimberly A. Malmgren | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith-Cohen, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,706.27 | $0.00 | $7,706.27 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»»  WEBBANK/DELL /DC-010235-14 | Unsecured Creditors | $2,286.36 | $0.00 | $2,286.36 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $707.74 | $0.00 | $707.74 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»»  P/22 WOLFHILL AVE/1ST MTG/COMM LOAN | Mortgage Arrears | $68,914.16 | $46,719.42 | $22,194.74 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»»  22 WOLFHILL AVE/ATTY FEES 8/24/23 | Mortgage Arrears | $713.00 | $713.00 | $0.00 |

**Chapter 13 Case No. 21-10907 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $52,840.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $47,432.42 | Current Monthly Payment: | $1,490.00 |
| Paid to Trustee: | $4,041.25 | Arrearages: | $0.00 |
| Funds on Hand: | $1,366.33 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

