**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                  CASE NO.: **21-10907-MBK**
    **Kimberly A. Malmgren,**                          **CHAPTER 13**
    **Debtor.**

_____/

## TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

Nationstar Mortgage LLC                Nationstar Mortgage LLC
Name of Transferee Servicer           Name of Transferor Servicer

Name and Address where notices to Transferee    Court Claim # (if known): 4-1
should be sent:                            Amount of Claim: $305,702.63
Rushmore Servicing                  Date Claim Filed: 9/27/2022
PO Box 619096
Dallas, TX 75261-9741

Phone: 877-888-4623                    Phone: 833-685-2590
Last Four Digits of Acct #: 2002        Last Four Digits of Acct #: 2002

Name and Address where Transferee payments
should be sent (if different from above):
Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: 2002

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Salamone        Date: 04/10/2024
Transferee Servicer/Transferee Servicer's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>May 3, 2024</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Kimberly A. Malmgren
22 Wolf Hill Ave.
Oceanport, NJ 07757

And via electronic mail to:

Jonathan Goldsmith Cohen
I. Mark Cohen Law Group
1 Executive Drive Suite 6
Tinton Falls, NJ 07701

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: <u>/s/ Raven Amerson</u>
Raven Amerson
Email: ramerson@raslg.com



**02/21/2024**



**Rushmore Servicing™** PO Box 619097
Dallas, TX 75261

**OUR INFO**

**ONLINE**

www.rushmoreservicing.com

**YOUR INFO**

**DEBTOR(S)**
KIMBERLY MALMGREN

**CASE NUMBER**
2110907

**LOAN NUMBER**
▮▮▮▮▮▮

**PROPERTY ADDRESS**
22 WOLFHILL AVE
OCEANPORT, NJ 07757

THEODORE H MALMGREN
12 GOLD ST
14
RED BANK, NJ 07701

Dear THEODORE H MALMGREN:

Rushmore Servicing's records indicate the above referenced property is involved in a recently filed bankruptcy. This letter is for informational purposes only and provides important information for you while your loan is being serviced during the bankruptcy.

The bankruptcy case was filed by the above named Debtor(s). Because the above referenced property has been identified as part of the bankruptcy case, the servicing of your loan will be modified to comply with bankruptcy law.

Per the Court records, the Debtor(s) is represented by the following counsel:

I MARK COHEN LAW GROUP
1 EXECUTIVE DRIVE SUITE 6
TINTON FALLS, NJ 7701

If you do not know the above named Debtor(s)s or are otherwise unaware of this bankruptcy case filing, please contact us immediately so that we can ensure the proper servicing of your loan.

If you intend to retain the property and have an interest in discussing loss mitigation opportunities, please contact one of our Dedicated Loan Specialist at 877-888-4623. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT).

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union or Money Gram. If your client is mailing their payment, please send to the following address and include their loan number:

Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

Payments sent via Western Union should reference the following information:

Code City: RUSHMORESERVICING
Code State: TX

Payments sent via Money Gram should utilize reference code: ***19225***

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



51-19

All other correspondence should be sent to:

Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

If your account was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for your monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing. We do not permit loans serviced by the bankruptcy department to be setup on a monthly electronic payment transfer. You may send a payment via Western Union monthly; however, when the information from Western Union is received it must not be listed as a reoccurring payment.

If you have any questions, please contact our Customer Service Department at 877-888-4606 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT). Visit us on the web at www.rushmoreservicing.com for more information.

Sincerely,

Rushmore Servicing