| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-10907 / MBK**

Kimberly A. Malmgren

Petition Filed Date: 01/31/2021
341 Hearing Date: 02/25/2021
Confirmation Date: 06/23/2021

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $1,490.00 | 95563000 | 01/30/2024 | $1,490.00 | 96051910 | 03/01/2024 | $1,490.00 | 96612280 |
| 04/01/2024 | $1,490.00 | 97098410 | 05/01/2024 | $1,490.00 | 97616470 | 06/03/2024 | $1,490.00 | 98103980 |
| 07/01/2024 | $1,490.00 | 98566470 | 08/01/2024 | $1,490.00 | 99072930 | 09/03/2024 | $1,490.00 | 99558060 |
| 10/01/2024 | $1,490.00 | 10004119 | 10/30/2024 | $1,490.00 | 10048507 | 12/02/2024 | $1,490.00 | 10094336 |
| 12/30/2024 | $1,490.00 | 10139168 | | | | | | |

**Total Receipts for the Period:  $19,370.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $70,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kimberly A. Malmgren | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,706.27 | $0.00 | $7,706.27 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»» WEBBANK/DELL /DC-010235-14 | Unsecured Creditors | $2,286.36 | $0.00 | $2,286.36 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $707.74 | $0.00 | $707.74 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» P/22 WOLFHILL AVE/1ST MTG/COMM LOAN | Mortgage Arrears<br>Hold Funds: Notice of Reserve | $68,914.16 | $62,082.81 | $6,831.35 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 22 WOLFHILL AVE/ATTY FEES 8/24/23 | Mortgage Arrears | $713.00 | $713.00 | $0.00 |

**Chapter 13 Case No. 21-10907 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $70,720.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $62,795.81 | Current Monthly Payment: | $1,490.00 |
| Paid to Trustee: | $5,197.49 | Arrearages: | $0.00 |
| Funds on Hand: | $2,726.70 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or
scan this code to get started.**

