Office Mailing Address:             Send Payments **ONLY** to:

Albert Russo, Trustee            Albert Russo, Trustee
Standing Chapter 13 Trustee          PO Box 933
PO Box 4853                 Memphis, TN  38101-0933
Trenton, NJ  08650-4853

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 21-10907 / MBK**

Kimberly A. Malmgren

Petition Filed Date: 01/31/2021
341 Hearing Date: 02/25/2021
Confirmation Date: 06/23/2021

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | $1,490.00 | 10184193 | 02/28/2025 | $1,490.00 | I1MZGXC619-F | 04/01/2025 | $1,490.00 | I1VZGL7LZ0-P |
| 05/01/2025 | $1,490.00 | I13ZG4KBYZ-F | 06/02/2025 | $1,490.00 | I1XHL2836C-P | 07/01/2025 | $1,490.00 | I19HLBZ7VD-F |
| 08/01/2025 | $1,490.00 | I1DHF3XB49-F | 09/03/2025 | $1,490.00 | I1PHF6HL8Y-F | 09/30/2025 | $1,490.00 | I1NKFW91ZQ- |
| 11/03/2025 | $1,490.00 | I12WS9JTYV-F | 12/01/2025 | $1,490.00 | I110SL9LJ4-Pla | | | |

**Total Receipts for the Period: $16,390.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $87,110.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kimberly A. Malmgren | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,706.27 | $7,706.27 | $0.00 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»» WEBBANK/DELL /DC-010235-14 | Unsecured Creditors | $2,286.36 | $2,286.36 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $707.74 | $707.74 | $0.00 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» P/22 WOLFHILL AVE/1ST MTG/COMM LOAN | Mortgage Arrears<br>Hold Funds: Notice of Reserve | $68,914.16 | $60,719.46 | $8,194.70 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» P/22 WOLFHILL AVE/ATTY FEES ORDER<br>8/24/23 | Mortgage Arrears | $713.00 | $713.00 | $0.00 |

**Chapter 13 Case No. 21-10907 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $87,110.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $72,132.83 | Current Monthly Payment: | $1,490.00 |
| Paid to Trustee: | $6,557.86 | Arrearages: | $2,980.00 |
| Funds on Hand: | $8,419.31 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

