**I. Mark Cohen Law Group**
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE:** | : | Case No.:  21-10907 |
| | : | |
| KIMBERLY A. MALMGREN, | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge:  MBK |
| | : | |

**CERTIFICATION OF JONATHAN GOLDSMITH COHEN, ESQUIRE,**
**IN SUPPORT OF MOTION DIRECTING PAYMENT OF**
**TRUSTEE'S RESERVE AND ADDRESSING CLAIM 4-1**

Jonathan Goldsmith Cohen, being of full age, hereby certifies as follows:

1. I am the attorney for the Debtor in the captioned Chapter 13 bankruptcy proceeding.

2. The Chapter 13 Trustee, Albert Russo ("Trustee") has eight thousand four hundred nineteen dollars and thirty-one cents on hand to pay to Nationstar Mortgage, LLC ("Nationstar").

3. The Trustee attempted to make payments to Nationstar.  However, the funds were returned to the Trustee by the creditor without explanation.

4. In order for the Trustee to make payment to Nationstar, an Order is required directing the payment of the funds to Nationstar from the Trustee's reserve.

5. Additionally, I request that Nationstar amend their Proof of Claim filed as Claim No. 4-1, attached as Exhibit A, within thirty (30) days from the date of the entry of the Order.

6.   In the event that Nationstar does not amend their claim within the next thirty (30) days, I will file a Motion to Amend the Proof of Claim.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Jonathan Goldsmith Cohen
JONATHAN GOLDSMITH COHEN, ESQ.

Date:  June 2, 2026