| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>I. Mark Cohen Law Group<br>Jonathan Goldsmith Cohen, Esq.<br>1 Executive Drive, Suite 6<br>Tinton Falls, New Jersey 07701<br>(732) 741-9500/(732) 741-0226 (Fax)<br>jgc@imclawgroup.com<br>Attorney for Debtor | Case No.: 21-10907<br><br>Chapter: 13 |
|---|---|
| In Re:<br><br>KIMBERLY A. MALMGREN,<br>Debtor. | Adv. No.: ______<br><br>Hearing Date: 9/30/26; 9:00 AM<br><br>Judge: MBK |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Tricia E. DeRasmo :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Jonathan Goldsmith Cohen, who represents Debtor in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On August 27, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion Directing Payment of Trustee's Reserve and Addressing Claim 4-1; Certification of Jonathan Goldsmith Cohen, Esquire, proposed Order and Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/27/26

/s/Tricia E. DeRasmo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Ch 13 Trustee<br>CN4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shellpoint<br>PO Box 619063<br>Dallas, TX 75261-9063 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NewRez LLC d/b/a Shellpoint<br>Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Newrez LLC d/b/a Shellpoint<br>Mortgage Servicing<br>Attention: President or Managing Agent<br>75 Beattie Place, Suite 300<br>Greenville, SC 29601 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SEE ATTACHED SERVICE LIST | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

SERVICE LIST

Label Matrix for local noticing
0312-3
Case 21-10907-MBK
District of New Jersey
Trenton
Tue Jun 2 08:10:48 EDT 2026

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608-1507

Chexsystems, Inc.
Attn: Customer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1595

Community Loan Servicing, LLC
P.O. Box 740410
Cincinnati, OH 45274-0410

Community Loan Servicing, LLC fka Bayview Lo
4425 Ponce De Leon Boulevard
5th Floor
Coral Gables, FL 33146-1837

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH 43054-3025

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Profile Maintenance
PO Box 9558
Allen, TX 75013-9558

KML Law Group, P.C.
216 Haddon Avenue
Ste. 406
Westmont, NJ 08108-2812

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

PNC Bank
249 Fifth Ave.
One PNC Plaza
PIttsburg, PA 15222

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)TRANSUNION
555 W ADAMS
CHICAGO IL 60661-3631

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

Jonathan Goldsmith Cohen
I. Mark Cohen Law Group
1 Executive Drive Suite 6
Tinton Falls, NJ 07701-4938

Kimberly A. Malmgren
22 Wolf Hill Ave.
Oceanport, NJ 07757-1039

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Equifax
PO Box 740241
Atlanta, GA 30374

Nationstar Mortgage LLC
C/O RightPath Servicing
PO Box 619096
Dallas, TX 75261-9741

(d)Nationstar Mortgage LLC
C/O RightPath Servicing
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
C/O RightPath Servicing

(d)Nationstar Mortgage LLC
Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

(d)Nationstar Mortgage LLC
Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
Rushmore Servicing

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Trans Union Corporation
Public Records Department
555 West Adams St.
Chicago, IL 60661

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)COMMUNITY LOAN SERVICING LLC

(u)NATIONSTAR MORTGAGE LLC

(u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

(u)PNC BANK, NATIONAL ASSOCIATION

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 18 |
| Bypassed recipients | 4 |
| Total | 22 |